UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, U.S. MARSHALS SERVICE, S. CONROY, and M. MESSNER,

    Defendants.

No. C 11-2170 PJH (PR)

**ORDER EXTENDING TIME**

The court notified plaintiff on the day this civil rights action was filed that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff has returned the form, but despite the clear instructions on the form to attach a printout of transactions in his inmate account covering the six months prior to filing the complaint, as required by 28 U.S.C. § 1915(a)(2), he has not done so. He will be afforded one more opportunity to provide a complete IFP application. If he dos not file the necessary printout by November 28, 2011, the case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 10, 2011.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.11\HOLLINS2170.EXT-IFP.wpd