UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, U.S. MARSHALS SERVICE, S. CONROY, and M. MESSNER,

    Defendants.
_____/

No. C 11-2170 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. Mail that the clerk sent to plaintiff at his last known address was returned by the post office as undeliverable. Plaintiff has not subsequently provided a newer or different mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: December 13, 2011.

                        PHYLLIS J. HAMILTON
                        United States District Judge

P:\PRO-SE\PJH\CR.11\HOLLINS2170.DSM-mail.wpd